IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| ARTHUR ZITO | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case Number: <u>1:13-CV432</u> |
| THE TINY KITCHEN, INC. | ) ) ) |
| and | ) ) |
| DENISE MEDVED | ) ) |
| Defendants. | ) ) |

## *CERTIFICATE OF SERVICE*

I hereby certify that on this 13th day of August 2013, I sent a true copy by First Class U.S. postage paid mail, by email at ggreenberg@zipinlaw.com, and by Facsimile at 301/587-9397 of the Defendant's Requests for Production of documents to Plaintiff, with regard to the above-captioned matter, to: Gregg C. Greenberg, Esquire, the Zipin Law Firm, 836 Bonifant Street, Silver Spring, Maryland 20910.

_____
HERBERT S. ROSENBLUM

HERBERT S. ROSENBLUM, ESQUIRE
VSB No. 006125
Counsel for Defendant
526 King Street, Suite 211
P.O. Box 58
Alexandria, Virginia 22313-0058
Telephone: 703/684-0060
Facsimile: 703/684-0072
E-mail: Herbert@hsrlawpc.com

*HERBERT S. ROSENBLUM*
*ATTORNEY AND COUNSELLOR AT LAW*
*A PROFESSIONAL CORPORATION*
*POST OFFICE BOX 58*
*ALEXANDRIA, VIRGINIA 22313-0058*
*(703) 684-0060*