**RESPONSE TO DOCUMENTS REQUEST NO. 21:**

None.

THE TINY KITCHEN, INC.
a Virginia corporation

By: _____
HERBERT S. ROSENBLUM
Counsel for Defendants

HERBERT S. ROSENBLUM, ESQUIRE
Virginia Bar No. 006125
Counsel for Complainant
526 King Street, Suite 211
P.O. Box 58
Alexandria, Virginia  22313-0058
Telephone:  703/684-0060
Facsimile:  703/684-0072

## CERTIFICATE OF SERVICE

I hereby certify on this 15 day of August, 2013, a true copy of the foregoing Defendants' Answer to Plaintiff's First Set of Requests for Production of Documents to Defendant The Tiny Kitchen was delivered by first-class mail, Gregg C. Greenberg, Esquire, Virginia Bar, No. 79610, The Zipin Law Firm, LLC, 836 Bonifant Street Silver Spring, Maryland 20910, Attorney for Plaintiff.

_____
HERBERT S. ROSENBLUM, ESQUIRE

HERBERT S. ROSENBLUM
ATTORNEY AND COUNSELLOR AT LAW
A PROFESSIONAL CORPORATION
POST OFFICE BOX 58
ALEXANDRIA, VIRGINIA  22313-0058
(703) 684-0060

10